court for the first district at the October term, 1925. Affirmed. Opinion filed July 13, 1926.

Silber, Isaacs, Silber & Woley, for appellant; Martin J. Isaacs and Donald N. Clausen, of counsel. William R. Brown and Clifford G. Roe, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Haskell & Barker Car Company, appellee, v. United Cork Companies, a corporation, appellant. Gen. No. 30,826.

Action for breach of contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed July 13, 1926. Rehearing denied July 24, 1926.

Knapp & Campbell, for appellant; John R. Cochran, Noah A. Stancliffe and Leonard F. Martin, of counsel. Winston, Strawn & Shaw, for appellee; Harold Beacom and Edward C. Ince, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Michigan Central Railroad Company, appellant, v. Alvin L. Bear, trading as Bear Steel & Wire Company, appellee. Gen. No. 30,653.

Action to recover freight transportation charges. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. L. P. Harriss, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed with finding of facts and judgment here. Opinion filed July 13, 1926.

Winston, Strawn & Shaw, for appellant; James H. Cartwright and Paul H. Moore, of counsel. William C. Greatman, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Christine Zanias, appellant, v. Davies Laundry Company, appellee. Gen. No. 30,702.

Action for breach of contract of bailment. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed July 13, 1926.

Wetten, Pegler & Dale, for appellant. A. H. Ranes, Leo B. Lowenthal and Corinne L. Rice, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

A. Norris, complainant, v. Lillian E. Erickson et al., defendants, on appeal of Frank Miller, cross-complainant and appellant. Gen. No. 30,563.

A. Norris, complainant and appellee, v. Lillian E. Erickson et al., defendants, on appeal of Lillian E. Erickson and Homer L. Patterson, appellants. Gen. No. 30,802.

Bill to establish and enforce mechanics' liens. Decree for complainant, and cross-complainant appeals. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed in part and reversed in part and re-

manded with directions. *Opinion filed October 5, 1926. Rehearing denied October 18, 1926.*

Morse Ives and Charles C. Bodenstab, for A. Norris, complainant, and F. Miller, appellant. Harry R. Hurlbut and Samuel B. King, for Lillian E. Erickson and Homer L. Patterson, appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**General Insurance Company, appellant, v. American Merchants Fire Insurance Company, appellee. Gen. No. 30,723.**

Action upon policy of fire insurance. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. *Affirmed. Opinion filed October 5, 1926.*

Ekern & Meyers and L. F. Binkley, for appellant. Kremer, Branand & Hamer, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Neil Satterlee and Charles L. Binns, trading as Satterlee & Binns, appellees, v. Willard C. Lindsay, appellant. Gen. No. 30,737.**

Action for breach of contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. *Reversed and remanded. Opinion filed October 5, 1926.*

Samuel Rothblum, for appellant; Otto C. Rentner, of counsel. Teller, Levit, Silvertrust & Levi, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Christ Tokich, appellee, v. Yellow Cab Company, appellant. Gen. No. 30,783.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. *Affirmed. Opinion filed October 5, 1926.*

Samuels, Costello & Greenberg, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Michael Heitler and Henry Kimel, plaintiffs in error. Gen. No. 30,893.**

Prosecution for keeping gaming house. Judgment of conviction. Error to the Criminal Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. *Reversed. Opinion filed October 5, 1926.*

Benjamin E. Cohen, for plaintiffs in error; H. J. Rosenberg, of counsel. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.